UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PIERRE HARRISON,

                         Plaintiff,

                  -against-

THE CITY OF NEW YORK; CAPTAIN KADESSHA MULLGRAV; CAPTAIN TONY MONTAGUE; FIVE INDIVIDUAL JOHN DOE OFFICERS,

                         Defendants.

25-CV-1983 (RA)

ORDER OF SERVICE

---

RONNIE ABRAMS, United States District Judge:

      Plaintiff, who resides in Queens County and is appearing *pro se*, brings this action asserting claims under 42 U.S.C. § 1983 and state law. Plaintiff alleges that on February 23, 2024, at West Facility Intake Area on Rikers Island, Defendants used excessive force against him and were deliberately indifferent to his serious medical needs, causing injuries that left him blind in one eye. He further alleges that the City of New York, though its hiring and training practices, is responsible for his injuries. Plaintiff paid the filing fees for this action.

## DISCUSSION

### A.    Identifying Doe Defendants

      Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to permit the New York City Department of Correction (DOC) to identify the five John Doe officers who interacted with him on February 23, 2024, at West Facility Intake Area on Rikers Island. It is therefore ordered that the New York City Law Department, which is the attorney for and agent of the DOC, must ascertain the identity of each John Doe whom

Plaintiff seeks to sue here and the address where the defendant may be served.[1] The New York City Law Department must provide this information to Plaintiff and the Court within sixty days of the date of this order.

Within thirty days of receiving this information, Plaintiff must file an amended complaint naming the John Doe defendant(s). The amended complaint will replace, not supplement, the original complaint. An amended complaint form for Plaintiff to complete after receiving this information is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order asking Defendants to waive service.

**B.     Service on the City of New York and Captains Mullgrav and Montague**

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that the following defendants waive service of summons: City of New York, Captain Kadessha Mullgrav and Captain Tony Montague.

## CONCLUSION

The Clerk of Court is directed to mail to Plaintiff an information package and amended complaint form.

The Clerk of Court is directed to electronically notify the DOC and the New York City Law Department of this order. The Court requests that Defendants City of New York, Captain Kadessha Mullgrav and Captain Tony Montague waive service of summons.

---

[1] If the Doe defendant is a current or former DOC employee or official, the New York City Law Department should note in the response to this order that an electronic request for a waiver of service can be made under the e-service agreement for cases involving DOC defendants.

The Clerk of Court is directed to mail a copy of this order and the complaint to the New York City Law Department at: 100 Church Street, New York, NY 10007.

SO ORDERED.

Dated:  April 3, 2025
        New York, New York

                                                    RONNIE ABRAMS
                                          United States District Judge