UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE HARRISON, | |
| Plaintiff, | |
| v. | No. 25-cv-1983 (RA) |
| THE CITY OF NEW YORK, CAPTAIN KADESSHA MULLGRAV, CAPTAIN TONY MONTAGUE and FIVE INDIVIDUAL JOHN DOE OFFICERS, | ORDER |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

On April 3, 2025, the Court issued an order of service that, among other things, ordered the City of New York to provide Plaintiff with the names of the five John Doe officers described in his complaint within sixty days. *See* Dkt. No. 5 at 1–2. The Court further ordered Plaintiff to file an amended complaint naming the John Doe officers within thirty days of receiving their names. *See id.* at 2. Although Plaintiff has since retained counsel and requested summons for other Defendants, Plaintiff has yet to file the amended complaint, and it is not clear whether the City has provided him with the John Doe names. No later than August 8, 2025, the parties shall file a joint letter updating the Court on the status of the John Doe officers and Plaintiff's forthcoming amended complaint.

SO ORDERED.

Dated:   July 31, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge