UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PIERRE HARRISON,

                Plaintiff,

        v.

THE CITY OF NEW YORK, CAPTAIN
TONY MONTAGUE, CORRECTIONS
OFFICER LANCE PEARSON,
CORRECTIONS OFFICER MARIO PEREA,
CORRECTIONS OFFICER LAMONT
ALLEN, CORRECTIONS OFFICER LEIDA
SANTIAGO, and CORRECTIONS
OFFICER JONATHAN LEBRON,

                Defendants.

              25-CV-1983 (RA)

              ORDER

---

RONNIE ABRAMS, United States District Judge:

     Due to an ongoing criminal trial, the initial pretrial conference previously scheduled for

January 23, 2026 is hereby adjourned to Friday, January 30, at 4:45 p.m.

SO ORDERED.

Dated:        January 22, 2026
               New York, New York

                               Ronnie Abrams
                               United States District Judge